**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC **FILED**
JAN 31 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

**Plaintiff(s):** ALLEN BENNETT

**Defendant(s):** DONALD A. HULICK, etc., et al.

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**

Allen Bennett
A-81422
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV689
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*  **Date:** 01/31/2008

*Lindberg*
*Denlow*

**08C 0688**