FILED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ALLEN BENNETT, AL31422,
Petitioner,

-vs-

WARDEN DONALD A. HULICK,
and DIRECTOR ROGER E. WALKER JR.,
Respondents

2 of 2 Petitions

Case No. _____

08CV689
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF HABEAS CORPUS IN HANDWRITTEN FORM

Now comes the Petitioner Allen Bennett, pro se, respectfully prays that he be given permission to file the attached Petition in handwritten form.

Petitioner states that the standard forms in filing this claim is not sufficient and has no outline to form a basis to present this constitutional claim before this Honorable Court. This handwritten form only serves to allow the Court to sufficiently address the claim and will not prejudice the respondents.

Wherefore, Petitioner prays that this Honorable Court grant him leave to file the attached Petition.

Respectfully submitted,

Allen Bennett - Petitioner