# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 689 | **DATE** | February 13, 2008 |
| **CASE TITLE** | Bennett vs. Hulick, *et al*. | | |

**DOCKET ENTRY TEXT:**

Petitioner Allen Bennett's petition [1] is transferred to the United States District Court for the Southern District of Illinois for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. All pending motions are transferred with the petition. The case is terminated on this Court's docket.

■ [**For further details see text below.**]    Docketing to mail notices.

### STATEMENT

Bennett, currently in custody at Menard Correctional Center, brings his *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Bennett does not challenge his underlying state conviction for possession of a stolen vehicle; rather, he challenges a 2007 prison disciplinary decision against him while he was incarcerated at Pinckneyville Correctional Center. The disciplinary action may have resulted in the loss of good time credit.

Neither Bennett's current place of incarceration (Menard, located in Randolph County) nor the place of the challenged disciplinary decision (Pinckneyville, located in Perry County) is in the Northern District of Illinois. Both Menard and Pinckneyville Correctional Centers are in the Southern District of Illinois. *See* 28 U.S.C. § 93(c). Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of the judgment being challenged. Because Bennett's confinement and the disciplinary decision being challenged are in the Southern District of Illinois, it is the appropriate forum for this action.

Pursuant to 28 U.S.C. § 2241(d), the Court transfers this action to the United States District Court for the Southern District of Illinois. The case is terminated on this Court's docket.

isk