

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

March 3, 2008

Norbert G. Jaworski, Clerk
104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: Bennett v. Hulick et al
Case No: 08cv689

Dear Clerk:

Pursuant to the order entered by Judge Honorable George W. Lindberg on February 13, 2008, the above record

- ■ was electronically transmitted to Illinois Southern District Court

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  / s/ Enjoli Fletcher
       Deputy Clerk

Enclosures

New Case No. _____   Date _____

c:   Non-ECF Attorneys and Pro se Parties